UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

_____CV_____

(Include case number if one has been
assigned)

Do you want a jury trial?

☐ Yes      ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 3/24/17

## I.    PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

First Name                    Middle Initial          Last Name

Street Address

County, City                                    State                    Zip Code

Telephone Number                          Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:

Name

Address where defendant may be served

County, City                                    State                    Zip Code

Defendant 2:

Name

Address where defendant may be served

County, City                                    State                    Zip Code

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City                    State                    Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

_____
Name

_____
Address

_____
County, City                    State                    Zip Code

## III.    CAUSE OF ACTION

## A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: _____

☐ color: _____

☐ religion: _____

☐ sex: _____

☐ national origin: _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law): _____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐   did not hire me

☐   terminated my employment

☐   did not promote me

☐   did not accommodate my disability

☐   provided me with terms and conditions of employment different from those of similar employees

☐   retaliated against me

☐   harassed me or created a hostile work environment

☐   other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

_____

_____

_____

_____

_____

_____

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☐    Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?    _____

☐    No

Have you received a Notice of Right to Sue from the EEOC?

☐    Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?    _____

When did you receive the Notice?    _____

☐    No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐    direct the defendant to hire me

☐    direct the defendant to re-employ me

☐    direct the defendant to promote me

☐    direct the defendant to reasonably accommodate my religion

☐    direct the defendant to reasonably accommodate my disability

☐    direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

_____

_____

_____

_____

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | | Plaintiff's Signature |
|---|---|---|
| First Name | Middle Initial | Last Name |
| Street Address | | |
| County, City | State | Zip Code |
| Telephone Number | | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# OFFICE OF THE ATTORNEY GENERAL LETITIA JAMES
# STATE OF NEW YORK DEPARTMENT OF LAW



**CIVIL RIGHTS BUREAU**
28 Liberty Street
New York, NY 10005
Tel: (212) 416-8250 | Fax (212) 416-6030

---

| | |
|---|---|
| Intake Id | 1-940658422 |

## Your Information

| | |
|---|---|
| First Name | Tyler |
| Last Name | Jeschke |
| Street Address | 1 Ely Park Blvd |
| Address Line 2 | Apartment O-1 |
| City/Town | Binghamton |
| State | NY |
| County | BROO |
| Zip/Postal Code | 13905 |
| Phone Number | 607-287-4696 |
| Email Address | tgjeschke@gmail.com |

## Subject of Your Complaint

| | |
|---|---|
| Are you complaining about a person or a company? | Entity |
| Entity Name | Five Below |
| Street Address | 701 Market Street |
| Address Line 2 | Suite 200 |
| City/Town | Philadelphia |
| State | PA |
| Zip/Postal Code | 19106 |
| Phone Number | |
| Email Address | |
| Website | |

## Additional Complaint Information

| | |
|---|---|
| Nature of Complaint | Employment |
| Basis of discrimination | Other |
| Basis of discrimination Other Description | Workplace Retaliation |
| Have you already complained to entity/individual? | Y |
| How? | |
| Complaint Date | 2024-10-01 |
| Person contacted | Douglas Nelson |

| | |
|---|---|
| **Job title** | District Manager |
| **Nature of response** | Ignored |
| **Date of response** | 2024-10-01 |
| **Has matter been submitted to another agency or attorney?** | N |
| **Is court action pending?** | N |

**Please explain the facts underlying your complaint**

Subject: Workplace Retaliation and Concerns

I am writing to formally report an instance of workplace retaliation following my previous complaint. On [date], I reported that my supervisor, Melanie Randall, used the racial slur "niglet" on the sales floor and in the office, in front of four WOW crew members. Additionally, I reached out to my District Manager, Doug, on 10/1 to raise concerns about excessive time spent in the office and Facetiming Robin while on duty. Conveniently, this is when I began to experience retaliatory actions, for which I have documentation to prove.

In addition to the retaliation, they attempted to make me sign a false document regarding my performance and conduct, which I refused to sign due to its inaccuracies.

Furthermore, I would like to raise concerns regarding Melanie Randall's time and attendance. According to company policy, store managers are permitted one 30-minute meal break when working 9.5 hours. However, Melanie regularly takes two meal breaks (a breakfast break and a lunch break) while only working 9.5 hours, which exceeds the allowable break time. This practice differs from the policy, which allows for one-hour meal breaks only when working 10-hour shifts. Melanie consistently works 9.5 hours, not 10, which raises compliance concerns regarding proper timekeeping and adherence to company policy.

Under New York State law, employees are protected from workplace retaliation when reporting discrimination, harassment, or other misconduct. NYS law prohibits employers from taking adverse actions—such as demotion, firing, or unfavorable scheduling—against employees who engage in protected activities.

## In filing this complaint, I understand that:

• The Attorney General is not the complainant's private lawyer. The Attorney General is a public servant who protects the public from illegal or misleading practices. This complaint does not mean that the Attorney General will start a lawsuit for the complainant.

• The Attorney General cannot give me legal advice or represent me in court. If I have any questions about my legal rights or responsibilities, I should contact a private lawyer.

• The Attorney General may send a copy of my complaint, and any documents I provide, to the person or organization I mention in my complaint. I give that person or organization permission to provide information about my complaint to the Attorney General.

• The Attorney General may use information from my complaint to show that the law has been broken.

• The Attorney General works with other government agencies at the state, local, and federal levels to investigate

complaints and with the police. The Attorney General may share my complaint with these agencies.

I affirm this 12th day of October, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that:

• my complaint is true;

• any documents attached are true and accurate copies of the original; and

• I understand that this document may be filed in an action or proceeding in a court of law.

Signature                                                    Tyler Jeschke

# New York State Division of Human Rights Complaint Form

## Individual filing the complaint

**Please provide the information requested below.**

**First Name**

Tyler

**Middle Intial**

G

**Last Name**

Jeschke

**Street Address**

Apartment O-1

**City**

Binghamton

**State**

NY

**Zip**

13905

**Are you completing this form for someone else?**

No

## Your complaint

**Jurisdiction**

Employment

## Employment

**Please specify where the discrimination occurred**

Employment (including paid internship and domestic workers)

**Are you currently working for the employer you are filing against?**

Yes

**Date of hire**

08/04/2023

**Position held or applied for**

Merchandise Manager

**For employment and internships, how many employees does this person/company have?**

1-14

**Acts of alleged discrimination: What did the person/company you are complaining against do? Check all that apply**

Other - Write In (Required): Workplace Retaliation,Racism and anti LGBT rhetoric

## Basis

**Basis of alleged discrimination in employment:**

**Retaliation** (if you filed a discrimination case before, were a witness or helped someone else with a discrimination case, or opposed or reported discrimination due to category listed on this page)

**Please specify what you did to oppose discrimination or how you engaged in protected activity.**

Reported two separate incidents in good faith one being racism using the term "niglets" twice in front of 4 different WOW Crew Members and then for her abuse of time and not performing her job. Others having to pick up for her and was followed with my first written warning when I never received a documented coaching which is the step before a written warning. I feel I am a victim of workplace retaliation. I made an ethics report and filed one with NYS AG office as well. Also brought the matter up to my DM and he said "I'll tell her we don't say those things in the workplace" yet is still having bias and not doing her job and expecting others to do it for her

## You are filing a complaint against

**Entity that discriminated against you:**

**Name of entity**

Five Below

**Street Address**

420 Harry L Drive

**City**

Johnson City

**State**

NY

**Zip**

13790

**In what county or borough did the violation take place?**

Broome

**Phone Number**

6072874696

**Email address**

tgjeschke@gmail.com

**Fax Number**

**Company Website**

fivebelow.com

**Date of the most recent act of alleged discrimination**

10/11/2024

## Description of discrimination

**Tell us more about each act of discrimination that you experienced.  Please include dates, names of people involved, and other details.  You must explain why you think these acts were discriminatory and how these acts are connected to the protected class (race, color, sex, disability, etc.) you selected previously. If you have supporting documentation or evidence, you may provide it later.**

Retaliated against for making two good faith complaints for Racism, Anti LGBT rhetoric and the other abuse of time and not performing her job.

Written up on 10/11/2024 my first right up since working for FIVE Below since 8/21/2023.

Felt this was workplace retaliation after covering the store as the INTERIM store manager from 4/2024-8/26/2024, received multiple compliments from customers and staff. Vice President individually recognized me and after all of that felt this is a strong case for protected workplace retaliation.

## Declaration

**Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.**

**I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice. (If you have another action pending and still wish to file, please contact our office to discuss.)**

**Please initial:**

TJ

**I affirm under penalties of perjury, that I am the complainant herein; that I have read (or had read to me) the foregoing complaint and know the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believe the same to be true.**

TJ

**Enter today's date.**

11/04/2024

.

## Additional information

**Your contact information**

  **Email Address**

  tgjeschke@gmail.com

  **Phone Number**

  6072874696

  **Mobile Phone**

  6072874696

**Contact Person (Optional)**

**First Name**

Tyler

**Last Name**

Jeschke

**Street Address**

**City**

**State**

**Zip**

**Email Address**

**Phone Number**

**Mobile Phone**

**Contact person's relationship to me:**

## Special needs

**I am in need of:**

I do not need any special accommodations

## Settlement/Conciliation

**To settle this complaint, I would accept:**

For Melanie Randall, the person subject of the complaint to be either let go or held accountable for her actions. I have received several complaints from associates in the store that she made the workplace no longer a fun place to work.

## Prior complaint

**Did you report or complain about the discrimination to someone else?**

Yes

**Date you reported or complained about discrimination:**

10/01/2024

**How exactly did you complain about the discrimination? (To whom did you complain?)**

Phone to DM doug nelson

**If you have already filed this complaint with another agency, please provide the complaint/charge number associated with that complaint.**

NYS AG Office